# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

MORAN INDUSTRIES, INC.,
v.
JOHN HEIDEMAN and KILIMANJHARO EQUITY INVESTMENTS, LLC

07CV 6171
JUDGE LEFKOW
MAGISTRATE JUDGE MASON

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: JH

PLAINTIFF

FILED
Nov. 1, 2007
NOV 01 2007   NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Fredric A. Cohen | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Fredric A. Cohen | |
| FIRM <br> Cheng Cohen LLC | |
| STREET ADDRESS <br> 1101 West Fulton Market, Suite 200 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60607 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6255640 | TELEPHONE NUMBER <br> 312-243-1717 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ✓   APPOINTED COUNSEL ☐ | |