UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
NOV 0 1 2007  NF
NOV. 1, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MORAN INDUSTRIES, INC., )
)
Plaintiff, )
)
v. )   07CV 6171
)   JUDGE LEFKOW
JOHN HEIDEMAN and KILIMANJHARO )   MAGISTRATE JUDGE MASON
EQUITY INVESTMENTS, LLC, )
)
Defendants. )

### PLAINTIFF'S NOTIFICATION OF AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and L.R.3.2, Plaintiff hereby disclose the following Affiliates:     None.

Dated: November 1, 2007                                    Respectfully submitted,

                                                           MORAN INDUSTRIES, INC.

                                                           By: _____s/ Andrew P. Bleiman_____
                                                                        One of its Attorneys

Fredric A. Cohen
Andrew P. Bleiman
**CHENG COHEN LLC**
1101 West Fulton Market
Suite 200
Chicago, Illinois  60607
(312) 243-1701
fredric.cohen@chengcohen.com
andrew.bleiman@chengcohen.com