AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MORAN INDUSTRIES, INC.

V.

JOHN HEIDEMAN and KILIMANJARO EQUITY INVESTMENTS, LLC

CASE NUMBER: 07-cv-6171

ASSIGNED JUDGE: Judge Lefkow

DESIGNATED MAGISTRATE JUDGE: Judge Mason

*[Stamp: PROCESS SERVED AFFIDAVIT ATTACHED]*

TO: (Name and address of Defendant)

John Heideman
10422 Den Oak Drive
Houston, Texas 77065

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Fredric A. Cohen
Andrew P. Bleiman
1101 W. Fulton Market, Suite 200
Chicago, Illinois 60607

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

NOV 1 4 2007
DATE

# AFFIDAVIT OF SERVICE

COUNTY: NORTHERN          CASE # 07CV6171          COURT
                                                    Clt. Ref.#              Clt.# 16913

MORAN INDUSTRIES, INC.,

VS
JOHN HEIDEMAN
KILIMANJHARO EQUITY INVESTMENTS, LLC

The documents came to hand for service on 11/15/07   Time: 13:11:00

Documents received for service:

**SUMMONS IN A CIVIL CASE; COMPLAINT**

The documents were delivered on **01/07/08**   Time: **11:21:00**

Executed at: 6821 S. Kirkwood
             Houston, TX 77072
to the following: **Heideman, John**

__X__  PERSONALLY delivering the document(s) to the person above.
_____  SUBSTITUTE SERVICE per Order by delivering to _____ a person over sixteen (16) years of age, at the above listed address which is the usual place of abode/business of the above named person.
_____  POSTING per Order by securely affixing to the main entry way at the above address.

### AFFIDAVIT

I, Marcos Lardizabal, am over the age of eighteen, and am neither a party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE FACTS SET FORTH ABOVE. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state OR federal jurisdicition, and I have studied and am familiar with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES CODE and all other applicable rules and statutes relating to service of citation and/or notices I am authorized by written order of the court to serve citations and other notices.

Service Fee:  35.00

Witness Fee Tendered:  .00

Mileage:  .00

Marcos Lardizabal
Texas LIC#: SCH-768
Professional Civil Process Houston
1500 McGowen Ste. 140
Houston TX 77004

STATE OF TEXAS }
                    VERIFICATION

On this day Marcos Lardizabal appeared before me, a notary public, and being duly sworn by me stated that he/she has personal knowledge of the facts set forth in the foregoing affidavit and declared that the facts contained therein are true and correct. Given my hand and seal of office this ___10___ day of _January_ 2008.

NOTARY PUBLIC FOR THE STATE OF TEXAS

COURTNEY TERRELL
Notary Public, State of Texas
My Commission Expires 03-09-2011

PCP Inv. #H71101897    cristine


AX02