AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

MORAN INDUSTRIES, INC.

CASE NUMBER:    07-cv-6171

V.

ASSIGNED JUDGE:    Judge Lefkow

JOHN HEIDEMAN and KILIMANJAHRO
EQUITY INVESTMENTS, LLC

DESIGNATED
MAGISTRATE JUDGE:    Judge Mason



TO: (Name and address of Defendant)

KILIMANJAHRO EQUITY INVESTMENTS, LLC
Registered Agent: John Heideman
10422 Den Oak Drive
Houston, Texas 77065

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Fredric A. Cohen
Andrew P. Bleiman
1101 W. Fulton Market, Suite 200
Chicago, Illinois 60607

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV 1 4 2007

DATE

COUNTY: NORTHERN            CASE # 07CV6171            COURT
                                                Clt. Ref.#                    Clt.#  16913

MORAN INDUSTRIES, INC.,


VS
JOHN HEIDEMAN
KILIMANJHARO EQUITY INVESTMENTS, LLC


The documents came to hand for service on 11/15/07  Time: 13:11:00

Documents received for service:

**SUMMONS IN A CIVIL CASE; COMPLAINT**



The documents were delivered on **01/07/08  Time: 11:21:00**

Executed at: 6821 S. Kirkwood
             Houston, TX 77072
to the following: **Kilimanjahro Equity Investments, LLC**
                  **By Delivery To John Heideman, Its Registered Agent**


_X_  PERSONALLY delivering the document(s) to the person above.
____  SUBSTITUTE SERVICE per Order by delivering to _____a person
      over sixteen (16) years of age, at the above listed address which is the usual
      place of abode/business of the above named person.
____  POSTING per Order by securely affixing to the main entry way at the above address.

### AFFIDAVIT

I, Marcos Lardizabal_____      ,am over the age of eighteen, and am neither a
party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE
FACTS SET FORTH ABOVE.  I have never been convicted of a felony or misdemeanor involving
moral turpitude in any state OR federal jurisdicition, and I have studied and am familiar
with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES
CODE and all other applicable rules and statutes relating to service of citation and/or
notices I am authorized by written order of the court to serve citations and other notices.

Service Fee:  55.00

Witness Fee Tendered:_____.00          Marcos Lardizabal
                                        Texas LIC#: SCH-768
Mileage:_____.00                       Professional Civil Process Houston
                                        1500 McGowen Ste. 140

STATE OF TEXAS}                          Houston TX 77004
                    VERIFICATION

On this day Marcos Lardizabal appeared before me, a notary public, and being duly
sworn by me stated that he/she has personal knowledge of the facts set forth in the
foregoing affidavit and declared that the facts contained therein are true and
correct.  Given my hand and seal of office this _10_ day of _January_ 200_8_ .

PCP Inv. #H71101896    cristine

NOTARY PUBLIC

COURTNEY TERRELL
Notary Public, State of Texas
My Commission Expires 03-09-2011

AX02