U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of　　　　　　　　　　　　　　　　　　　Case Number: 07 C 6171
MORAN INDUSTRIES, INC.
v.
JOHN HEIDEMAN and KILIMANJHARO
EQUITY INVESTMENTS, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
JOHN HEIDEMAN and KILIMANJHARO EQUITY INVESTMENTS, LLC

| NAME (Type or print) |
| --- |
| James J. Tragos |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ James J. Tragos |

| FIRM |
| --- |
| The Mack Law Group, PC |

| STREET ADDRESS |
| --- |
| 20 S. Clark Street, Suite 500 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6284152 | 312/676-0100 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐