Montgomery County District Court
***EFILED***
LexisNexis Transaction ID: 17861169
Date: Jan  2 2008 12:16PM
Barbara Adamick, Clerk

CAUSE NO. 07-06-05715-CV

| | | |
|---|---|---|
| JOHN HEIDEMAN AND KILIMANJAHRO EQUITY INVESTMENTS, L.L.C. | § § § | IN THE DISTRICT COURT OF |
| V. | § § | |
| | § | MONTGOMERY COUNTY, TEXAS |
| MORAN INDUSTRIES, INC. AND JAMES HAFEMEISTER | § § § | 9th JUDICIAL DISTRICT |

## Order on Defendant Moran Industries, Inc.'s
## Motion to Dismiss or Stay for Forum Non Conveniens

After considering Defendant, Moran Industries, Inc.'s Motion to Dismiss or Stay for Forum Non Conveniens, the reply, and arguments of counsel, if any, the Court finds that Moran Industries, Inc.'s Motion to Dismiss or Stay for Forum Non Conveniens is *Denied*.

It is so ORDERED.

_____
Presiding Judge

APPROVED AS TO
FORM AND CONTENT:

_____
Leslie K. Hillendahl
State Bar No. 24036778
3040 Post Oak Boulevard, Suite 1300
Houston, Texas 77056-3814
Telephone: (713) 552-1234
Fax: (713) 963-0859

ATTORNEYS FOR DEFENDANT,
MORAN INDUSTRIES, INC.