UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MORAN INDUSTRIES, INC. ) | |
| ) | |
| Plaintiff, ) | No. 07 C 6171 |
| v. ) | |
| ) | |
| JOHN HEIDEMAN and KILIMANJHARO ) | |
| EQUITY INVESTMENTS, LLC, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

TO:  Mr. Andrew P. Bleiman
Cheng Cohen, LLC
1101 W. Fulton Market, Suite 200
Chicago, IL 60607
andrew.bleiman@chengcohen.com


On February 12, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Joan Humphrey Lefkow, or any judge sitting in her stead, room 1925 of the Federal Building at 219 S. Dearborn Street, Chicago, Illinois and shall then and there present the attached MOTION FOR STAY.


Respectfully Submitted,
By: s/ Brian P. Mack
ARDC 6255657
bmack@macklawyers.com

The Mack Law Group, PC
20 S. Clark, Suite 500
Chicago, Illinois 60603
PH: (312) 676-0100
FAX: (312) 372-7076

## Certificate of Service

I hereby certify that on January 28, 2008, a copy of foregoing DEFENDANT'S MOTION FOR STAY was filed electronically. Notice of this filing will be sent by operation of the Court's Electronic Filing System to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

> s/ James Tragos
> The Mack Law Group, PC
> 20 S. Clark Suite 500
> Chicago, IL 60603
> Phone: 312-676-0100
> Fax: 312-372-7076
> jtragos@macklawyers.com