## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6171 | **DATE** | 4/16/2008 |
| **CASE TITLE** | Moran Industries, Inc. vs. John Heideman, et al. | | |

**DOCKET ENTRY TEXT**

Enter Order. Defendants' motion to stay the case until resolution of state court proceedings [#14] is denied. Status hearing is set for 5/1/2008 at 9:30 a.m.

■ [ For further detail see separate order(s).]     Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | MD |
|---|---|---|