UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MORAN INDUSTRIES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6171 |
| v. | ) | |
| | ) | |
| JOHN HEIDEMAN and KILIMANJHARO | ) | |
| EQUITY INVESTMENTS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## THE MACK LAW GROUP, PC'S MOTION WITHDRAW

NOW COMES the Defendants, JOHN HEIDEMAN and KILIMANJHARO EQUITY INVESTMENTS, LLC, ("Defendants") by their attorneys, THE MACK LAW GROUP, PC, and pursuant to Local Rule 83.17 request leave to withdraw as Defendants' attorneys. In support thereof states as follows:

1. The Mack Law Group, PC, is currently representing the Defendants in this action.

2. Due to circumstances that have arisen between Defendants and their attorneys, The Mack Law Group, PC, are required to withdraw pursuant to Rule 83.51.16(b)(1)(D) and (F) of the Rules of Professional Conduct for the United States District Court for the Northern District of Illinois.

3. The Mack Law Group, PC last made contact with the Defendants on or about March 26, 2008.

4. Since that date, The Mack Law Group, PC has made numerous attempts to contact the Defendants via telephone and email and the Defendants have failed to respond.

5.Moreover, The Mack Law Group, PC, sent the Defendant a certified letter on May 23, 2008, advising them that The Mack Law Group, PC will withdraw as counsel for the Defendants if Defendants do not contact The Mack Law Group, PC with regard to this matter.

6.To date, Defendants have failed to respond to The Mack Law Group, PC's certified letter.

7.The last known address of Defendants is 10422 Den Oak Drive, Houston, Texas 77065.

WHEREFORE, The Mack Law Group, PC respectfully request this Court to grant it leave to withdraw as attorneys for Defendants, and for any other relief this Court deems just.

Dated: June 3, 2008

>Respectfully Submitted,
>By: s/ Brian P. Mack
>ARDC 6255657
>bmack@macklawyers.com

The Mack Law Group, PC
20 S. Clark, Suite 500
Chicago, Illinois 60603
PH: (312) 676-0100
FAX: (312) 372-7076

## Certificate of Service

I hereby certify that on June 3, 2008, a copy of foregoing DEFENDANT'S MOTION TO STAY was filed electronically. Notice of this filing will be sent by operation of the Court's Electronic Filing System to all parties indicated on the electronic filing receipt. All other parties will be served by certified U.S. Mail. Parties may access this filing through the Court's system.

s/ James Tragos
The Mack Law Group, PC
20 S. Clark Suite 500
Chicago, IL 60603
Phone: 312-676-0100
Fax: 312-372-7076
jtragos@macklawyers.com
