UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MORAN INDUSTRIES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6171 |
| v. | ) | |
| | ) | |
| JOHN HEIDEMAN and KILIMANJHARO | ) | |
| EQUITY INVESTMENTS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER TO WITHDRAW

This matter coming to be heard on John Heideman and Kilimanjharo Equity Investments, LLC's Motion to Withdraw, due notice having been served and the Court fully advised of the Premises.

IT IS HEREBY ORDERED:

1. The Mack Law Group, PC's Motion to Withdraw as Counsel for John Heideman and Kilimanjharo Equity Investments, LLC is Granted;

2. John Heideman and Kilimanjharo Equity Investments, LLC are granted an additional twenty-one (21) days to obtain counsel; and

3. John Heideman and Kilimanjharo Equity Investments, LLC are granted an additional fourteen (14) days to Answer Plaintiff's Complaint beyond the date of the Defendants' retention of new counsel

_____
JUDGE JOAN HUMPHREY LEFKOW

Brian P. Mack
ARDC 6255657
The Mack Law Group, PC
20 S. Clark, Suite 500
Chicago, Illinois 60603
PH: (312) 676-0100
FAX: (312) 372-7076