## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MORAN INDUSTRIES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6171 |
| v. | ) | |
| | ) | |
| JOHN HEIDEMAN and KILIMANJHARO | ) | |
| EQUITY INVESTMENTS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:   Mr. Andrew P. Bleiman          John Heideman
        Cheng Cohen, LLC              10422 Den Oak Drive
        1101 W. Fulton Market, Suite 200  Houston, Texas  77065
        Chicago, IL 60607
        andrew.bleiman@chengcohen.com

On June 19, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Joan Humphrey Lefkow, or any judge sitting in her stead, room 1925 of the Federal Building at 219 S. Dearborn Street, Chicago, Illinois and shall then and there present the attached MOTION TO WITHDRAW.

                                        Respectfully Submitted,
                                        By: s/ Brian P. Mack
                                        ARDC 6255657
                                        bmack@macklawyers.com

The Mack Law Group, PC
20 S. Clark, Suite 500
Chicago, Illinois 60603
PH: (312) 676-0100
FAX: (312) 372-7076

## Certificate of Service

I hereby certify that on June 3, 2008, a copy of foregoing DEFENDANT'S MOTION TO WITHDRAW was filed electronically. Notice of this filing will be sent by operation of the Court's Electronic Filing System to all parties indicated on the electronic filing receipt. All other parties will be served by certified U.S. Mail. Parties may access this filing through the Court's system.

s/ James Tragos
The Mack Law Group, PC
20 S. Clark Suite 500
Chicago, IL 60603
Phone: 312-676-0100
Fax: 312-372-7076
jtragos@macklawyers.com
