Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6171 | **DATE** | 6/19/2008 |
| **CASE TITLE** | Moran Industries, Inc. vs. John Heideman, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Motion hearing held. Motion of the Mack Law Group to withdraw as defendants' attorneys [24] is granted. Enter Order to Withdraw. Defendants are given 21 days to obtain new counsel. Defendants are given an additional 14 days beyond the date of retention of new counsel to answer complaint. Scheduling conference and status hearing is set for 7/24/2008 at 9:30 a.m. on defendants' representation.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:04

FILED
2008 JUN 20 PM 6:02
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|