**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Moran Industries, Inc.
                            Plaintiff,

v.                                        Case No.: 1:07−cv−06171
                                             Honorable Joan H. Lefkow

John Heideman, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 24, 2008:

       MINUTE entry before the Honorable Joan H. Lefkow:Status hearing held on 7/24/2008. No one appeared for defendants. Plaintiff's oral motion to enter default is granted. Default is entered against defendants John Heideman and Kilimanjharo Equity Investments, LLC. In Court hearing on prove−up set for 9/2/2008 at 09:30 AM.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.