IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MORAN INDUSTRIES, INC.**        ) | |
| )| |
| **Plaintiff,**        ) | |
| )| No. 07 CV 6171 |
| v.        )| |
| )| Judge Joan Lefkow |
| **JOHN HEIDEMAN and KILIMANJHARO**        )| |
| **EQUITY INVESTMENTS, LLC**        )| |
| )| |
| **Defendants,**        )| |
| )| |

## ORDER OF JUDGMENT AGAINST DEFENDANTS JOHN HEIDEMAN AND KILIMANJHARO EQUITY INVESTMENTS, LLC

THIS MATTER coming to be heard, pursuant to Fed. R. Civ. P. 55(b)(2), for prove-up and entry of judgment in favor of Plaintiff Moran Industries, Inc. ("Moran"), the Court having defaulted Defendants John Heideman and Kilimanjharo Equity Investments, LLC ("Defendants") on July 24, 2008, no one having appeared on behalf of Defendants and the Court being fully advised in the premises, **IT IS HEREBY ORDERED THAT**:

Judgment is hereby entered in favor of Moran Industries, Inc. and against defendants John Heideman and Kilimanjharo Equity Investments, LLC for the amount of $317,694.76, including court costs.

Dated: September ___, 2008

_____
HONORABLE JUDGE JOAN LEFKOW
UNITED STATES DISTRICT JUDGE