# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6171 | **DATE** | 9/16/2008 |
| **CASE TITLE** | Moran Industries, Inc. vs. Heideman, et al. | | |

**DOCKET ENTRY TEXT**

Default having been entered against defendants, enter Order of Judgment Against Defendants John Heideman and Kilimanjharo Equity Investments, LLC in the amount of $317,694.76, including court costs. Civil Case Terminated.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

FILED
2009 SEP 17 PM 6:25
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|